The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THE UNITED STATES OF AMERICA,

Plaintiff,

v.

JUSTIN ANDREW WILKE,

Defendant.

CR19-5364BHS

**GOVERNMENT'S EXHIBIT LIST (THIRD AMENDED)**

The United States hereby provides notice that it may offer any of the following exhibits at the June 28, 2021 trial of this matter:

| Ex. No. | Description | Admitted |
|---|---|---|
| | Photos of Fire Response and Investigation | |
| 101 | Photo of Approach to Maple Fire | |
| 102 | Photos of Origin Tree | |
| 103 | Photo of top of Origin Tree | |
| 104 | Photos of base of Origin Tree | |
| 105 | Photo of cut fir near Origin Tree | |
| 106 | Photos of backpack and contents | |
| 107 | Photo of checked trees in theft site | |
| 108 | Photos of burnt area near Origin Tree | |

United States v. Wilke, CR19-5364BHS
Exhibit List - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Ex. No. | Description | Admitted |
|---|---|---|
| 109 | Photos of origin site with backpack and gas can | |
| 110 | Photos of sweatshirt and flashlight | |
| 111 | Photo of aerosol cans | |
| 112 | Photos of Gatorade bottle | |
| 113 | Photos of trail leading to theft site | |
| 114 | Photos of Maple Fire | |
| **Photos of Elk Lake Theft Site and Environs** | | |
| 201 | Photos of Elk Lake parking area, access road and trailhead | |
| 202 | Photos of dispersed campsite | |
| 203 | Photos of Ford F-150 | |
| 204 | Photos of Tree 1 | |
| 205 | Photos of Tree 1.5 | |
| 206 | Photos of Tree 2 | |
| 207 | Photos of Tree 3 | |
| **Other Photos** | | |
| 301 | Photos of Wilke's trailer and surrounding area | |
| 302 | Photo of White Chevy Blazer | |
| 303 | Photos of Budd property | |
| 304 | Photos of first DNA collection from Roberts's shop | |
| 305 | Photos of second DNA collection from Roberts's shop | |
| 306 | Photos of maple in Roberts's shop | |
| 307 | Photo of Justin Wilke | |
| 308 | Photo of Shawn Williams | |
| 309 | Photo of Sam Davies | |
| 310 | Photo of Cassie Bebereia | |
| 311 | Photo of Lucas Chapman | |
| 312 | Photos of Hoback Property | |
| 313 | Photos of big leaf maple trees | |
| 314 | Photos of figured maple and uses | |
| 315 | Photos of checked trees | |

United States v. Wilke, CR19-5364BHS
Exhibit List- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Ex. No. | Description | Admitted |
|---|---|---|
| 316 | Reserved | |
| 317 | Photo of USFS Fire Engine | |
| **Business Records of Jason Roberts** | | |
| 401 | Pages from ledger of Jason Roberts | |
| 401A | Typed version of pages from Roberts ledger | |
| 402 | Reserved | |
| 403 | Specialized Forest Product Permit 23-171387 (Hoback) | |
| 404 | Specialized Forest Product Permit 23-171314 (Budd) | |
| **Maps, Charts, and Expert Materials** | | |
| 501 | Map of Theft Site and environs (with points of interest) | |
| 501A | Map of Theft Site and environs (without points of interest) | |
| 501B | Maps of Theft Site (with certain points of interest) (zoomed in) | |
| 501C | Maps of Theft Site (with certain points of interest) (zoomed out) | |
| 502 | Overview maps | |
| 503 | Map of Maple Fire | |
| 504 | Diagram of fire origin | |
| 505 | Specialized Forest Product Permit (Blank) | |
| 506 | DNA summary chart | |
| 507 | Summary of Jeff Penman's findings | |
| 508 | Tables of Jeff Penman's calculations of individual tree values | |
| **Other Records** | | |
| 601 | Certified Death Certificate for DL Gosser | |
| 602 | Jeff Gehring calendar entry for July 2, 2018 | |
| 603 | Wilke Facebook pages | |
| **Physical Evidence** | | |
| 701 | Backpack | |
| 702 | Gas can | |
| 703 | Coring tool | |
| 704 | Channel locks | |
| 705 | Head lamp | |

United States v. Wilke, CR19-5364BHS
Exhibit List- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Ex. No. | Description | Admitted |
|---|---|---|
| 706 | Maple block | |
| **Prior Statements and Testimony** | | |
| 801 | Shawn Williams Interview—Transcript | |
| 801A | Shawn Williams Interview—Recording | |
| 802 | Testimony of Morgan Lee—Transcript | |
| 803 | Testimony of Lucas Chapman—Transcript | |
| 804 | Testimony of Sondra Palafox—Transcript | |
| 805 | Testimony of Alan Richert—Transcript | |
| 806 | Testimony of Jason Roberts—Transcript | |
| 807 | Interview of Cassie Bebereia—Transcript | |
| 807A | Interview of Cassie Bebereia—Recording | |
| 808 | NPS Interview of Paige Peterson (Excerpt)—Recording and Transcript | |
| 808A | NPS Interview of Paige Peterson (Excerpt)—Transcript | |
| 808B | NPS Interview of Paige Peterson (Full)—Recording with Transcript | |
| 808C | NPS Interview of Paige Peterson (Full) Transcript | |
| 809 | Interview of Joe Birchall (Excerpt)—Recording and Transcript | |
| 809A | Interview of Joe Birchall (Excerpt)—Transcript | |
| 809B | Interview of Joe Birchall (Full)—Recording | |
| 810 | Testimony of Shannon Lowther—Transcript | |
| 811 | USFS Interview of Paige Peterson (Excerpt 1)—Recording and Transcript | |
| 811A | USFS Interview of Paige Peterson (Excerpt 2)—Recording and Transcript | |
| 811B | USFS Interview of Paige Peterson—Full Transcript | |
| 812 | Recorded call of Justin Wilke from October 9, 2020 with transcript | |
| 813 | Facebook Materials of Cassie Bebereia | |

The government reserves the right to amend this Exhibit List, and to offer any

//

United States v. Wilke, CR19-5364BHS
Exhibit List- 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

exhibits listed on defendant's Exhibit List.

Dated: June 24, 2021

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

/s/ Seth Wilkinson
SETH WILKINSON

/s/ William Dreher
WILLIAM DREHER

Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

United States v. Wilke, CR19-5364BHS
Exhibit List- 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970