ORIGINAL

The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>                Plaintiff,<br><br>    v.<br><br>JUSTIN ANDREW WILKE,<br><br>                Defendant. | CR19-5364BHS<br><br>**VERDICT FORM** |

# COUNT 1
# CONSPIRACY

As to the offense of Conspiracy, between about April 25, 2018 and about August 4, 2018, as charged in Count 1, we, the jury, unanimously find the defendant:

NOT GUILTY_____    GUILTY __✓__

If you find the defendant guilty of Count 1, identify which of the following crimes you unanimously find the defendant conspired to commit (check all that apply):

✓ Theft of Government Property

✓ Depredation of Government Property

✓ Attempted Depredation of Government Property

✓ Trafficking in Unlawfully Harvested Maple

✓ Attempted Trafficking in Unlawfully Harvested Maple

\_\_\_ Setting Timber Afire

# COUNT 2
# THEFT OF GOVERNMENT PROPERTY

As to the offense of Theft of Government Property, between about April 25, 2018, and about August 2, 2018, as charged in Count 2, we, the jury, unanimously find the defendant:

NOT GUILTY_____    GUILTY __✓__

## COUNT 3
## DEPREDATION OF GOVERNMENT PROPERTY

As to the offense of Depredation of Government Property, between about April 25, 2018 and about August 2, 2018, as charged in Count 3, we, the jury, unanimously find the defendant:

NOT GUILTY _____     GUILTY __✓__

## COUNT 4
## TRAFFICKING IN UNLAWFULLY HARVESTED TIMBER

As to the offense of Trafficking in Unlawfully Harvested Timber, between about April 25, 2018 and about August 2, 2018, as charged in Count 4, we, the jury, unanimously find the defendant:

NOT GUILTY _____     GUILTY __✓__

## COUNT 5
## ATTEMPTED DEPREDATION OF GOVERNMENT PROPERTY

As to the offense of Attempted Depredation of Government Property, on or about August 3, 2018, as charged in Count 5, we, the jury, unanimously find the defendant:

NOT GUILTY _____     GUILTY __✓__

## COUNT 6
## ATTEMPT TO TRAFFICK IN UNLAWFULLY HARVESTED TIMBER

As to the offense of Attempt to Traffick in Unlawfully-Harvested Timber, on or about August 3, 2018, as charged in Count 6, we, the jury, unanimously find the defendant:

NOT GUILTY_____   GUILTY __✓_____

## COUNT 7
## SETTING TIMBER AFIRE

As to the offense of Setting Timber Afire, on or about August 3, 2018, as charged in Count 7, we, the jury, unanimously find the defendant:

NOT GUILTY __✓_____   GUILTY _____

## COUNT 8
## USING FIRE IN FURTHERANCE OF A FELONY

As to the offense of Using Fire in Furtherance of a Felony, on or about August 3, 2018, as charged in Count 8, we, the jury, unanimously find the defendant:

NOT GUILTY __✓_____   GUILTY _____

_____
PRESIDING JUROR

DATED: July 8TH, 2021