UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN ANDREW WILKE,<br><br>Defendant. | CASE NO. CR19-5364BHS<br><br>MINUTE ORDER |

NOW, on this 9th day of July, 2021, the Court directs the Clerk to enter the following Minute Order:

It is the order of the Court that the Jury in the above captioned case be committed to the custody of a duly sworn bailiff on July 7 and 8, 2021. The Clerk of U.S. District Court is ordered to pay for the meals of said Jury at the expense of the United States Court.

The foregoing Minute Order entered by direction of the HONORABLE BENJAMIN H. SETTLE, United States District Judge.

DATED this 9th day of July, 2021.

/s/Gretchen Craft
Courtroom Deputy

ORDER -1