THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-5364 BHS |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| JUSTIN ANDREW WILKE, | |
| Defendant. | |

THIS MATTER having come before the Court on the defendant's Second Motion for Early Termination of Supervised Release, and the Court having reviewed the instant motion and the records and files herein, now, therefore,

IT IS HEREBY ORDERED that the defendant, Justin Wilke, is terminated from the remainder of her supervised release and is discharged from supervision.

DONE this __25th__ day of __April__, 2024.

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Gregory Murphy*
Assistant Federal Public Defender

ORDER GRANTING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE
(*United States v. Wilke*, CR19-5364 BHS) - 1